**No. 53812.**—Austin, Nichols & Co., Inc., et al. v. United States, protests 131063–K, etc. (New York).

Opinion by JOHNSON, J.  For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53813.**—Joseph S. Finch & Co. v. United States, protest 134161–K (Pittsburgh).

Opinion by JOHNSON, J.  For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53814.**—G. Loewus, Inc., et al. v. United States, protests 151202–K, etc. (New York).

Opinion by JOHNSON, J.  For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53815.**—Dudley T. Bloodgood v. United States, protest 146626–K (New York).

Opinion by JOHNSON, J.  When the case was called for trial there was no appearance on behalf of the importer.  An examination of the record indicated that the importer failed to file a certificate of outward manifest or any other evidence as to the existence of all the facts upon which free entry is dependent.  In view of the noncompliance with mandatory regulations, the protest was overruled, following *Maple Leaf Petroleum, Ltd.* v. *United States* (25 C. C. P. A. 5, T. D. 48976).